**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Adolfo Herrera
Plaintiff,
v.
Martel's Family Restaurant, Inc., et al.
Defendant.

Case No.: 1:16−cv−08512
Honorable Elaine E. Bucklo

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 6, 2017:

MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 4/6/2017. Plaintiff failed to appear. This case is hereby dismissed for want of prosecution. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.